## SUMMONS - CIVIL
JD-CV-1 Rev. 9-12
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

See page 2 for instructions

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 95 Washington Street, Hartford, CT 06106 | ( 860 ) 548-2700 | January 8, 2013 |

| ☒ Judicial District / ☐ Housing Session | G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349): Hartford | Case type code (See list on page 2) Major: M   Minor: 90 |

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented | Juris number |
|---|---|
| Sabatini and Associates, LLC, One Market Square, Newington, CT 06111 | 052654 |

Telephone number: (860) 667-0839

Number of Plaintiffs: 1    Number of Defendants: 1    ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party | |
|---|---|---|
| First Plaintiff | Name: MUOIO, Ferdinando<br>Address: 336 Prospect Avenue, New Haven, CT 06512 | P-01 |
| Additional Plaintiff | Name:<br>Address: | P-02 |
| First Defendant | Name: COSTCO WHOLESALE CORPORATION, 999 Lake Drive, Issaquah, WA 98027<br>Address: c/o CT Corporation System, One Corporate Center, Hartford, CT 06103-3220 | D-01 |
| Additional Defendant | Name:<br>Address: | D-02 |
| Additional Defendant | Name:<br>Address: | D-03 |
| Additional Defendant | Name:<br>Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court / ☐ Assistant Clerk | Name of Person Signing at Left: Vincent F. Sabatini | Date signed: 12/13/2012 |

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only — File Date

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date |

Name and address of person recognized to prosecute in the amount of $250:
Susan T. Melluzzo, 93 Foxon Place, New Britain, CT 06053

| Signed (Official taking recognizance; "X" proper box) | ☒ Commissioner of the Superior Court / ☐ Assistant Clerk | Date: 12/13/2012 | Docket Number |

A TRUE COPY
ATTEST
JOSEPH PIKLETT, STATE MARSHAL
COUNTY OF HARTFORD

(Page 1 of 2)

RETURN DATE:   January 8, 2013

| | | |
|---|---|---|
| FERDINANDO MUOIO | : | SUPERIOR COURT |
| vs. | : | HARTFORD JUDICIAL DISTRICT |
| COSTCO WHOLESALE CORPORATION | : | DECEMBER 13, 2012 |

## COMPLAINT

### GENERAL ALLEGATIONS

1. Plaintiff, Ferdinando Muoio, is a citizen of Connecticut, residing at New Haven, Connecticut 06106. (Hereinafter "plaintiff").

2. Defendant, Costco Wholesale Corporation., has a United States Corporate Headquarters in Issaquah, WA and a location in Enfield, Connecticut. (Hereinafter "defendant").

3. At all times material, plaintiff is an employee within the meaning of the Worker's Compensation laws of the State of Connecticut.

4. At all times material, defendant is an employer within the meaning of the Worker's Compensation laws of the State of Connecticut.

5. Plaintiff is a white male.

6. Plaintiff was employed by the defendant as a baker. He was paid wages, plus overtime, bonus, 401k and medical benefits and the like.

7. Plaintiff worked at the defendant's store in Milford CT.

8. Plaintiff earned good job performance ratings from the defendant, including awards, raises and bonuses.

9. On or about December 2011, the plaintiff suffered an injury while employed at the defendant location in Milford. Upon information and belief, the injury was caused in part by water/ice accumulation which stemmed from a leaking roof, which leaky roof condition had existed for a period of time prior to the injury.

10. As a direct and proximate result of the plaintiff's slipping and twisting his body, plaintiff suffered and sustained serious injuries and losses including injuries but not limited to a T 6 compression fracture.

11. Plaintiff filed for worker's compensation. Plaintiff was terminated on September 28, 2012.

12. The plaintiff was out of work from the date of injury to the date of this complaint. During this time, defendant ceased paying benefits to the plaintiff, including but not limited to, his salary and related benefits.

## FIRST COUNT

### (Violation of State of Connecticut C.G.S.A. Sec. 31-290a)

1. Plaintiff repeats the allegations in paragraphs 1 through 12 above as if fully incorporated herein.

13. The plaintiff was discharged and discriminated against for filing a claim for worker's compensation benefits in violation of C.G.S.A. Sec. 31-290a.

## SECOND COUNT

### (Wrongful Discharge of Employee in Violation of Public Policy)

1. Plaintiff repeats the allegations in paragraphs 1 through 13 above as if fully incorporated herein.

14. On or about September 2012 defendant unlawfully, wrongfully, without just cause and in bad faith, discharged plaintiff from her position and employment.

15. Defendant unlawfully and wrongfully discharged plaintiff in violation of stated public policy of the State of Connecticut as embodied in C.G.S.A. Sec. 31-290a.

16. As a direct and proximate result of defendant's wrongful discharge of the plaintiff, plaintiff has suffered and lost wages and benefits, incurred attorney's fees and costs, has been humiliated and embarrassed and has suffered mental anguish.

## THIRD COUNT
### (Wrongful Termination, Breach of Good Faith Covenant and Fair Dealing)

1. Plaintiff repeats the allegations in paragraphs 1 through 16 above as if fully incorporated herein.

17. The Plaintiff was terminated from employment.

18. The Plaintiff was wrongfully terminated.

19. The defendant breached the duty to act in good faith and fair dealing in the elimination of plaintiff's position while he was facing medical problems and exercising his statutory rights to file claims related to his injury and illness.

20. As a result of said conduct, the plaintiff was damaged.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff demands judgment against the defendants for:

1. Compensatory damages;

2. Damages for back pay, front pay, bonuses, personal days, lost benefits;

3. Damages for emotional distress;

4. Consequential damages;

5. Liquidated damages;

6. Punitive damages;

7. Reasonable attorneys' fees, costs, interest, job reinstatement;

8. An order requiring the removal of any and all adverse information contained in plaintiff's personnel file; and

9. For all other just and proper relief.

Hereof fail not but of this writ, with your doings thereon, make due service and return according to law.

Dated at Newington, Connecticut, this 13th day of December, 2012.

PLAINTIFF

By_____
Vincent F. Sabatini, Esquire
Sabatini and Associates, LLC
One Market Square
Newington, CT 06111
Tel. No.: (860) 667-0839
Fax No.: (860) 667-0867
e-mail: sa@sabatinilaw.com
Juris Number: 052654

## STATEMENT OF AMOUNT IN DEMAND

The amount in demand is greater than $15,000.00

exclusive of costs and attorneys' fees.

 **CT Corporation**

**Service of Process Transmittal**
12/20/2012
CT Log Number 521825524

**TO:** John Sullivan, Corporate Counsel
Costco Wholesale Corporation
Legal Dept., 999 Lake Drive
Issaquah, WA 98027-

**RE:** **Process Served in Connecticut**

**FOR:** Costco Wholesale Corporation (Domestic State: WA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Ferdinando Muoio, Pltf. vs. Costco Wholesale Corporation, Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Statement |
| **COURT/AGENCY:** | Hartford at Hartford Superior Court Judicial District, CT<br>Case # None Specified |
| **NATURE OF ACTION:** | Employee Litigation - Wrongful Termination - 09/28/12 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Hartford, CT |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 12/20/2012 at 10:10 |
| **JURISDICTION SERVED:** | Connecticut |
| **APPEARANCE OR ANSWER DUE:** | 01/08/13 - Summons // On or before the second day after the Return Date - File an Appearance form |
| **ATTORNEY(S) / SENDER(S):** | Vincent F. Sabatini, Esquire<br>Sabatini and Associates, LLC<br>1 Market Square<br>Newington, CT 06111<br>860-667-0839 |
| **REMARKS:** | Documents received have been changed by the process server to define the name of the entity being served. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/20/2012, Expected Purge Date: 12/25/2012<br>Image SOP<br>Email Notification, Nicola Merrett nmerrett@costco.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Gary Scappini |
| **ADDRESS:** | One Corporate Center<br>Hartford, CT 06103-3220 |
| **TELEPHONE:** | 860-724-9044 |

Page 1 of 1 / MF

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.