UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Ferdinando Muoio,<br>    Plaintiff, | :<br>:<br>:<br>: |
| v. | : Civil Action No: 3:13-cv-44(SRU) |
| Costco Wholesale Corporation,<br>    Defendants. | :<br>:<br>:<br>: |

## **JUDGMENT**

This matter came for consideration before Honorable Stefan R. Underhill, United States District Judge. On June 3, 2014, the defendant filed a motion for summary judgment in this action. Judge Stefan R. Underhill, having considered the full record of the case, entered an Order on January 14, 2015, granting the motion for summary judgment.

Therefore, it is ORDERED, ADJUDGED and DECREED that summary judgment is granted in favor of the defendant in this action and the case is closed.

Dated at Bridgeport, Connecticut this 15th day of January, 2015.

ROBIN D. TABORA, Clerk

By /s/ Rochelle Jaiman
Rochelle Jaiman
Deputy Clerk

EOD: 1/15/15